

UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Richard Quiqui Ehrich,<br>Debtor | Ch. 7<br>24-40064-EDK |

### Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 01/23/2024, and the Debtor having failed to file timely the Creditor Matrix, it is hereby ordered that the above-entitled case be and hereby is <u>dismissed</u>.

Dated: 01/25/2024

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge